FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2011 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RYAN O. GITTENS,

Petitioner,

-against-

ERIC HOLDER, Attorney General,

Respondent.
---------------------------------------------------------------X

JUDGMENT
10-CV- 0849 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 27, 2011, denying petitioner's requests for relief; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that petitioner's requests for relief are denied.

Dated: Brooklyn, New York
July 28, 2011

/S/

ROBERT C. HEINEMANN
Clerk of Court